STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON PA
Eugene E. Stearns (Fla. Bar No. 0149335)
*Pro hac vice*
estearns@stearnsweaver.com
Jason P. Hernandez (Cal. Bar No. 308959)
jhernandez@stearnsweaver.com
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

TAYLOR & PATCHEN, LLP
Jonathan A. Patchen (SBN 237346)
jpatchen@taylorpatchen.com
Max Baba Twine (SBN 296128)
mtwine@taylorpatchen.com
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

Attorneys for Plaintiffs
JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED JUNE 11, 2014, and JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED MARCH 15, 1976

COBLENTZ PATCH DUFFY & BASS LLP
Rees F. Morgan (SBN 229899)
Andrew Schalkwyk (SBN 287170)
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

Attorneys for Plaintiffs
RISING TIDE I, LLC and RISING TIDE II, LLC

SEYFARTH SHAW LLP
Gregory A. Markel (Bar No. GM 5626)
gmarkel@seyfarth.com
Heather E. Murray (NY Bar No. 5287099)
hmurray@seyfarth.com
[*Pro hac vice* to be submitted]
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

SEYFARTH SHAW LLP
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
MICHAEL R. FITZSIMMONS, PETER LAI, CHRISTOPHER G. POWER, PETER J. GOETNER, CHRISTIAN BORCHER, ERNEST D. DEL, MARC S. YI, JAMES C. PETERS, and SOUHEIL S. BADRAN

ROPES & GRAY LLP
Rocky C. Tsai (SBN 221452)
rocky.tsai@ropesgray.com
Three Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Telephone: (415) 315-6358
Facsimile: (415) 315-6350

Attorney for Defendant
DAVID COWAN

Joint Stipulation to: (1) Extend Briefing Schedule on Motions to Dismiss, (2) Continue Hearing on Motions to Dismiss, and (3) Continue Case Management Conference; [Proposed] Order;
Case No.: 17-cv-00851 EDL, Related Case No. 17-cv-1232 EDL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUS DATED JUNE 11, 2014, and JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED MARCH 15, 1976,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL R. FITZSIMMONS, PETER LAI, CHRISTOPHER G. POWER, PETER J. GOETNER, CHRISTIAN BORCHER, ERNEST D. DEL, MARC S. YI, JAMES C. PETERS, and SOUHEIL S. BADRAN,<br><br>Defendants. | Case No. 17-cv-00851 EDL<br>[Related Case No. 17-cv-1232 EDL]<br><br>**JOINT STIPULATION TO: (1) EXTEND BRIEFING SCHEDULE ON MOTIONS TO DISMISS, (2) CONTINUE HEARING ON MOTIONS TO DISMISS, AND (3) CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** AS AMENDED |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-1, 6-2, and 7-12, the parties to the above-entitled action, and Related Case No. 17-cv-1232 EDL, by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on February 21, 2017, Plaintiffs filed their Complaint for Violation of Federal Securities Laws, Intentional Misrepresentation, and Negligent Misrepresentation (the "Complaint") (Dkt. 1);

WHEREAS, on March 15, 2017, the Court entered its order relating the case entitled *Rising Tide I, LLC, et al. v. Michael Fitzsimmons*, *et al*, filed in this Court and bearing Case Number 4:17-cv-1232 KAW (the "Related Case") to this case (Dkt. 11);

WHEREAS, all defendants in this action are also named defendants in the Related Case, (Related Case Dkt. 1), and defendant David Cowan is an additional named defendant in the Related Case but not the *Abdo* action (collectively, the "Defendants");

1

WHEREAS, Defendants' Motion to Disqualify Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. ("SWMWAS") is fully briefed and is set for hearing on June 27, 2017, at 9:00 a.m;

WHEREAS, Plaintiffs' oppositions to Defendants' Motions to Dismiss are due on June 30, 2017;

WHEREAS, the parties have agreed to extend the briefing schedule on the Motions to Dismiss in light of the pending Motion to Disqualify SWMWAS, continue the hearing on the Motions to Dismiss, and continue the Initial Case Management Conference ("CMC");

WHEREAS, none of the proposed date changes will affect any other dates in these cases;

WHEREAS, the parties previously stipulated to and requested the Court issue an order extending the responsive pleading briefing deadlines and hearing date, as well as the date for the Case Management Conference in this action (Dkt. 12) and this Court granted that stipulated request on April 5, 2017 (Dkt. 13);

WHEREAS, counsel for Defendant David Cowan subsequently made his formal appearance and advised that he would be out of the country on the previously scheduled hearing date (Dkt. 15);

WHEREAS, a motion was subsequently filed to initiate Federal Bankruptcy Rule 2004 examinations of nine of the ten Defendants, as well as a broad request under Rule 2004 for documents that included discovery on matters related to the issues in these cases before this Court (Dkt. 17-1, ¶ 8);

WHEREAS, because the Rule 2004 proceedings were expected to take a significant amount of counsel's time, the parties requested an extension of the time to file responsive pleadings, the briefing schedule on the motion to dismiss, and for the CMC on May 1, 2017 (Dkt. 17); and

WHEREAS, the joint stipulation was granted on May 2, 2017 (Dkt. 18).

2

Joint Stipulation to: (1) Extend Briefing Schedule on Motions to Dismiss, (2) Continue Hearing on Motions to Dismiss, and (3) Continue Case Management Conference; [Proposed] Order;
Case No.: 17-cv-00851 EDL, Related Case No. 17-cv-1232 EDL

NOW THEREFOR, the parties hereby stipulate and agree that:

(1) Plaintiffs in this matter (17-cv-00851 EDL) and Related Case No. 17-cv-1232 EDL shall file their Oppositions to the *Abdo* case Defendants' Motions to Dismiss (Dkt. Nos. 21, 22) and the Related Case Defendants' Motions to Dismiss (Related Case Dkt. Nos. 19, 20, 22, 23), respectively, no later than July 11, 2017;

(2) Defendants' Replies in support of Defendants' Motions to Dismiss shall be filed no later than August 9, 2017; and

(3) The hearing on Defendants' Motions to Dismiss shall be continued to August 22, 2017 at 2:00 p.m., or the first available date thereafter.

The Parties FURTHER STIPULATE AND AGREE and respectfully request that the Court continue the currently scheduled CMC to August 22, 2017, to coincide with the hearing on Defendants' Motions to Dismiss.

IT IS SO STIPULATED.

DATED: June 23, 2017

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON PA

By _____/s/ Jason P. Hernandez_____
   Eugene E. Stearns
   Jason P. Hernandez

TAYLOR & PATCHEN, LLP
   Jonathan A. Patchen
   Max Baba Twine

Attorneys for Plaintiffs John E. Abdo, as Trustee of the John E. Abdo Trust Dated June 11, 2014, and John E. Abdo, as Trustee of the John E. Abdo Trust Dated March 15, 1976

| | | |
|---|---|---|
| 1 | DATED: June 23, 2017 | COBLENTZ PATCH DUFFY & BASS LLP |

By /s/ Rees F. Morgan
Rees F. Morgan
Andrew Schalkwyk

Attorneys for Plaintiffs Rising Tide I, LLC and Rising Tide II, LLC

DATED: June 23, 2017                 SEYFARTH SHAW LLP

By /s/ Gregory A. Markel
Giovanna A. Ferrari
Gregory A. Markel
Heather E. Murray

Attorneys for Defendants Michael R. Fitzsimmons, Peter Lai, Christopher G. Power, Peter J. Goetner, Christian Borcher, Ernest D. Del, Marc S. Yi, James C. Peters, and Souheil S. Badran

DATED: June 23, 2017                 ROPES & GRAY LLP

By /s/ Rocky Tsai
Rocky Tsai

Attorney for Defendant David Cowan

*Filer's attestation*: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Jason P. Hernandez hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

4

Joint Stipulation to: (1) Extend Briefing Schedule on Motions to Dismiss, (2) Continue Hearing on Motions to Dismiss, and (3) Continue Case Management Conference; [Proposed] Order;
Case No.: 17-cv-00851 EDL, Related Case No. 17-cv-1232 EDL

**[PROPOSED] ORDER**

Having reviewed the Stipulation of the parties and their attorneys of record, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation:

(1) Plaintiffs in this matter (17-cv-00851 EDL) and Related Case No. 17-cv-1232 EDL shall file their Oppositions to the *Abdo* case Defendants' Motion to Dismiss (Dkt. Nos. 21, 22) and the Related Case Defendants' Motions to Dismiss (Related Case Dkt. Nos. 19, 20, 22, 23), respectively, no later than July 11, 2017;

(2) Defendants' Replies in support of Defendants' Motions to Dismiss shall be filed no later than August 8, 2017;

(3) The hearing on Defendants' Motions to Dismiss shall be continued to August 22, 2017 at 2:00 p.m., or the first available date thereafter; and

(4) The Initial Case Management Conference currently set for August 8, 2017 shall be continued to August 22, 2017, or the first available date thereafter to coincide with the hearing on the Motions to Dismiss.

**IT IS SO ORDERED**

DATED: June 26, 2017

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE