# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISING TIDE I, LLC; RISING TIDE II, LLC,<br><br>    Plaintiffs,<br>  v.<br><br>MICHAEL FITZSIMMONS; PETER LAI; CHRIS G. POWER; PETER J. GOETTNER; CHRISTIAN BORCHER; ERNEST D. DEL; MARC S. YI; JAMES C. PETERS; AND SOUHEIL S. BADRAN,<br><br>    Defendants. | Case No. 17-cv-00851 EDL<br>Case No. 17-cv-01232-EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND ASSOCIATED DEADLINES**<br><br>Trial Date:    January 13, 2020 |
| JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED JUNE 11, 2014, and JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED MARCH 15, 1976,<br><br>    Plaintiffs,<br>  v.<br><br>MICHAEL FITZSIMMONS; PETER LAI; CHRIS G. POWER; PETER J. GOETTNER; CHRISTIAN BORCHER; ERNEST D. DEL; MARC S. YI; JAMES C. PETERS; AND SOUHEIL S. BADRAN,<br><br>    Defendants. | |

16814.001 4823-8865-3702.1      1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND ASSOCIATED DEADLINES,
Case Nos. 17-cv-0851-EDL; 17-cv-01232-EDL

54438538v.1

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-1, 6-2, and 7-12, the parties ("Parties") in related case numbers 17CV0851-EDL and 17CV1232-EDL hereby submit, for the Court's consideration and approval, this Joint Stipulation and Order Continuing Trial and Associated Deadlines as follows:

WHEREAS, on January 15, 2019 the Parties attended a mediation in the above titled related cases, which was unsuccessful.

WHEREAS, at mediation it was revealed that another mediation could be more productive after the completion of third party discovery, particularly discovery from third parties that may be obligated to indemnify Defendants and carry relevant insurance.

WHEREAS, the parties have been and are diligently seeking to further third party discovery and wish to continue such efforts in order to foster a potentially successful second mediation.

WHEREAS, some third parties are resisting such discovery and it is possible that motion practice will be necessary.

WHEREAS, given the additional discovery that needs to take place prior to the next mediation, the Parties agree and stipulate to continue trial and all associated deadlines by approximately sixty (60) days as follows or as deemed appropriate by the Court:

| Event | Current Deadline | Extension (60 days - with the exception of the first deadline) |
|---|---|---|
| Deadline to file a motion to add claims or parties | 1/30/19 | 5/30/19[1] |
| Close of fact discovery | 5/28/19 | 7/26/19 |
| Initial expert disclosures | 6/4/19 | 8/2/19 |
| Rebuttal expert disclosures | 6/18/19 | 8/16/19 |
| Close of expert discovery | 7/1/19 | 8/30/19 |
| Deadline for Defendants' dispositive motion | 7/9/19 | 9/6/19 |

---

[1] The Parties agree to extend this deadline by 120 days because filing of third party complaints/counterclaims/crossclaims is likely to impede ongoing attempts at settlement.

16814.001 4823-8865-3702.1     2

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND ASSOCIATED DEADLINES, Case Nos. 17-cv-0851-EDL; 17-cv-01232-EDL

54438538v.1

| Deadline for Plaintiffs to file combined opposition and cross-motion brief | 7/30/19 | 9/27/19 |
|---|---|---|
| Deadline for Defendants' combined reply and opposition brief | 8/20/19 | 10/18/19 |
| Deadline for Plaintiffs' reply to the cross-motion brief | 9/3/19 | 11/1/19 |
| Hearing on dispositive motions | 9/24/19 | 11/26/19 |
| Meet and confer re joint pretrial statement, exchange of pretrial materials, and settlement (at least 30 days before pretrial conference) | Not specified in Order | 1/17/20 |
| Deadline for:<br><br>-Joint pretrial statement<br>-Trial briefs<br>-Motions *in limine*<br>-*Daubert* motions<br>-Proposed voir dire questions<br>-Jury instructions<br>-Verdict forms<br>-Deposition transcript designations and other discovery materials to be used at trial<br>-Exhibit setting forth expert qualifications and experience<br>-Exhibit lists<br>-Exchange of exhibits, with copy to chambers<br><br>(at least 20 days before pretrial conference) | Not specified in Order | 1/29/20 |
| Deadline for:<br><br>-Objections to exhibits or deposition excerpts or other discovery materials<br>-objections to non-expert witnesses<br>-Objections to proposed voir dire questions<br>-Jury instructions<br>-Verdict forms<br>-Oppositions to motions *in limine*<br><br>(at least 10 days before pretrial conference) | Not specified in Order | 2/7/20 |
| Pretrial conference | 12/17/19 | 2/18/20 |
| Jury trial (7 days) | 1/13/20 | 3/16/20 |

16814.001 4823-8865-3702.1     3

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND ASSOCIATED DEADLINES, Case Nos. 17-cv-0851-EDL; 17-cv-01232-EDL

54438538v.1

1    WHEREAS, in case number 17CV0851-EDL the Parties have previously stipulated to
2 and requested the Court issue an order extending the motion to dismiss briefing deadlines and
3 hearing dates, as well as the date for the Initial Case Management Conference in this action
4 (Dkts. 12, 15, 27, and 38), and this Court granted those stipulated requests (Dkts. 13, 18, 28, and
5 39).
6    WHEREAS, in case number 17CV1232-EDL the Parties have previously stipulated to
7 and requested the Court issue an order extending the motion to dismiss briefing deadlines and
8 hearing dates, as well as the date for the Initial Case Management Conference in this action
9 (Dkts. 12, 17, and 34), and this Court granted those stipulated requests (Dkts. 14, 18, 25, and 35).
10    THEREFORE, subject to the Court's approval, the Parties hereby Stipulate to an Order
11 by the Court that the trial date currently set for January 13, 2020 and all associated deadlines be
12 continued by approximately sixty (60) days.[2]

DATED: January 29, 2019                COBLENTZ PATCH DUFFY & BASS LLP


                                        By:      */s/ Rees F. Morgan*
                                                Rees F. Morgan
                                                Sean P.J. Coyle
                                                Sarah E. Peterson

                                                Attorneys for Plaintiffs
                                                RISING TIDE I, LLC; RISING TIDE II, LLC

---

[2] In accordance with N.D. Cal. L. R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories.

16814.001 4823-8865-3702.1                    4
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND ASSOCIATED DEADLINES,
Case Nos. 17-cv-0851-EDL; 17-cv-01232-EDL

54438538v.1

| | | |
|---|---|---|
| DATED: January 29, 2019 | | STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. |

By: */s/ Jason P. Hernandez*
Eugene E. Stearns
Jason P. Hernandez
Matthew G. Graham

Attorneys for Plaintiff
JOHN E. ABDO,
as Trustee of the JOHN E. ABDO TRUST
DATED JUNE 11, 2014, and JOHN E. ABDO,
as Trustee of the JOHN E. ABDO TRUST
DATED MARCH 15, 1976

DATED: January 29, 2019        TAYLOR & PATCHEN, LLP

By: */s/ Jonathan A. Patchen*
Jonathan A. Patchen
Max Baba Twine

Attorneys for Plaintiff
JOHN E. ABDO,
as Trustee of the JOHN E. ABDO TRUST
DATED JUNE 11, 2014, and JOHN E. ABDO,
as Trustee of the JOHN E. ABDO TRUST
DATED MARCH 15, 1976

DATED: January 29, 2019         SEYFARTH SHAW LLP

By:     */s/ Giovanna A. Ferrari*
        Gregory A. Markel
        Giovanna A. Ferrari
        Heather E. Murray

        Attorneys for Defendants
        MICHAEL R. FITZSIMMONS, PETER LAI,
        CHRISTOPHER G. POWER, PETER J.
        GOETTNER, CHRISTIAN BORCHER,
        ERNEST D. DEL, MARC S. YI,
        JAMES C. PETERS and SOUHEIL S. BADRAN

16814.001 4823-8865-3702.1     6

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND ASSOCIATED DEADLINES,
Case Nos. 17-cv-0851-EDL; 17-cv-01232-EDL

54438538v.1

# ~~[PROPOSED]~~ ORDER

The Court, having reviewed the Parties' Joint Stipulation and [Proposed] Order Continuing Trial Date and Deadlines, orders as follows:

The trial date currently set for January 13, 2020 and all associated deadlines be continued as follows:

| Event | Current Deadline | Extension |
|---|---|---|
| Deadline to file a motion to add claims or parties | 1/30/19 | 5/30/19 |
| Close of fact discovery | 5/28/19 | 7/26/19 |
| Initial expert disclosures | 6/4/19 | 8/2/19 |
| Rebuttal expert disclosures | 6/18/19 | 8/16/19 |
| Close of expert discovery | 7/1/19 | 8/30/19 |
| Deadline for Defendants' dispositive motion | 7/9/19 | 9/6/19 |
| Deadline for Plaintiffs to file combined opposition and cross-motion brief | 7/30/19 | 9/27/19 |
| Deadline for Defendants' combined reply and opposition brief | 8/20/19 | 10/18/19 |
| Deadline for Plaintiffs' reply to the cross-motion brief | 9/3/19 | 11/1/19 |
| Hearing on dispositive motions | 9/24/19 | 11/26/19 |
| Meet and confer re joint pretrial statement, exchange of pretrial materials, and settlement (at least 30 days before pretrial conference) | Not specified in Order | 1/17/20 |

16814.001 4823-8865-3702.1

7

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND ASSOCIATED DEADLINES, Case Nos. 17-cv-0851-EDL; 17-cv-01232-EDL

54438538v.1

| Deadline for:<br><br>-Joint pretrial statement<br>-Trial briefs<br>-Motions *in limine*<br>-*Daubert* motions<br>-Proposed voir dire questions<br>-Jury instructions<br>-Verdict forms<br>-Deposition transcript designations and other discovery materials to be used at trial<br>-Exhibit setting forth expert qualifications and experience<br>-Exhibit lists<br>-Exchange of exhibits, with copy to chambers<br><br>(at least 20 days before pretrial conference) | Not specified in Order | 1/29/20 |
|---|---|---|
| Deadline for:<br><br>-Objections to exhibits or deposition excerpts or other discovery materials<br>-objections to non-expert witnesses<br>-Objections to proposed voir dire questions<br>-Jury instructions<br>-Verdict forms<br>-Oppositions to motions *in limine*<br><br>(at least 10 days before pretrial conference) | Not specified in Order | 2/7/20 |
| Pretrial conference | 12/17/19 | 2/18/20 |
| Jury trial (7 days) | 1/13/20 | 3/16/20 |

**IT IS ORDERED**.

Dated: 1/31/19

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

16814.001 4823-8865-3702.1

8

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND ASSOCIATED DEADLINES, Case Nos. 17-cv-0851-EDL; 17-cv-01232-EDL

54438538v.1